```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARMAINE COOKE,
                                                              :
                            Plaintiff,                        :   23-CV-7330 (PAE) (RWL)
                                                              :
              - against -                                     :   ORDER
                                                              :
CONSOLIDATED EDISON COMPANY                                   :
OF NEW YORK, INC.,                                            :
                                                              :
                            Defendant.                        :
                                                              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2023

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has asked for a copy of the memo endorsed order at Dkt. 12. The document she filed at Dkt. 14 is the memo endorsed order. Judge Cote's handwritten ruling appears at the top: "Denied," meaning the case will stay in federal court. The next step is for the parties to meet and confer and submit a proposed scheduling order and case management plan. The parties shall do so no later than 14 days before the initial pretrial conference. The Court will issue a separate notice of the date, time, and place of the conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 6, 2023
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:
Charmaine Cooke
834 Penfield Street, #4Hs
Bronx, NY 10470