USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARMAINE COOKE,                                        :
                                                        :        23-CV-7330 (PAE) (RWL)
                                    Plaintiff,           :
                                                        :
                    - against -                         :        **ORDER**
                                                        :
CONSOLIDATED EDISON COMPANY                             :
OF NEW YORK, INC.,                                     :
                                                        :
                                    Defendant.          :
                                                        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 9, 2024, the Court held a telephonic initial pretrial conference of which the parties had ample notice.  Defense counsel appeared; Plaintiff did not.  Defense counsel forwarded to the Court an email from Plaintiff saying that she was not feeling well, would not appear for the conference, and asked defense counsel to see that the conference is cancelled.  Given the last-minute nature of Plaintiff's request, the Court declined to do so but held an abbreviated conference instead to address the extent to which defense counsel had been able to confer with Plaintiff about the substance of the proposed pre-trial order and schedule.  Defense counsel indicated that Plaintiff had not yet provided comments to defense counsel.  Accordingly,

1.      By January 18, 2024, Plaintiff shall confer with defense counsel about the substance of the proposed pre-trial order and schedule.

2.      By January 23, 2024, defense counsel shall submit the parties' proposed pretrial order and schedule, indicating any areas of disagreement.

3.      If Plaintiff does not cooperate with defense counsel in discussing terms of the scheduling order and schedule, the Court will proceed to adopt the order and schedule

1

as proposed by defense counsel and/or make any modifications the Court deems appropriate.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2024
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:
Charmaine Cooke
834 Penfield Street, #4Hs
Bronx, NY 10470