```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARMAINE COOKE,                                            :
                                                            :
                              Plaintiff,                    :     ORDER
                                                            :
              - against -                                   :
                                                            :     23-CV-7330 (PAE) (RWL)
CONSOLIDATED EDISON COMPANY                                 :
OF NEW YORK, INC.,                                          :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
CHARMAINE COOKE,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :
              - against -                                   :
                                                            :     24-CV-536 (PAE) (RWL)
CONSOLIDATED EDISON COMPANY                                 :
OF NEW YORK, INC.,                                          :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 2/22/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Both these matters have been referred to me for general pretrial purposes. Because the two actions involve the same, or substantially the same, facts and issues, the Court hereby consolidates the two matters pursuant to Fed. R. Civ. P. 42, at least for pretrial purposes. Any filing shall be made using the consolidated caption above and shall be filed in both cases. Defendant's time to respond to the complaint in 24-cv-536 is stayed pending conferencing both matters with the Court. The Court will schedule an initial pretrial conference to discuss Plaintiff's motion to "transfer" (i.e.,

1

remand) back to state court, as well as scheduling and all other pretrial issues relevant to entry of a case management and scheduling order for the consolidated cases.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 22, 2024
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:
Charmaine Cooke
834 Penfield Street, #4Hs
Bronx, NY 10470