UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Charmaine Cooke,

                  Plaintiff,

- against -

Consolidated Edison Company of New York, Inc.

                  Defendant.
-------------------------------------------------------------------X

23-cv-7330 (PAE) (RWL)

24-cv-536 (PAE)(RWL)

**CASE MANAGEMENT**
**CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    ORDER of Hearing: **Case Management Conference re-**scheduled for **March 26, 2024, at 11:30 a.m.** in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices. The Court respectfully requests the Clerk of the Court to mail a copy of this order to the pro se plaintiff: Charmaine Cooke at 834 Penfield St, Apt. # 4H, Bronx, N.Y. 10470.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: 3/8/2024
      New York, New York

Copies transmitted this date to counsel of record.

Charmaine Cooke (PRO SE)

834 Penfield Street

Apt. # 4H

Bronx, N.Y. 10470