```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARMAINE COOKE,

                      Plaintiff,

         - against -

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

                      Defendant.
-----------------------------------------------------------X

23-CV-7330 (PAE) (RWL)

**ORDER**

CHARMAINE COOKE,

                      Plaintiff,

         - against -

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

                      Defendant.
-----------------------------------------------------------X

24-CV-536 (PAE) (RWL)

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff has requested yet another adjournment of the initial pretrial conference, this time "sine die," given her health and so that she can continue to seek legal assistance. The Court has previously granted Plaintiff's multiple requests for an extension. However, the case must either proceed or be dismissed without prejudice. The Court will adjourn the conference for the final time and will reschedule it as a telephone conference for the convenience of Plaintiff. If Plaintiff does not appear pro se or through counsel at the conference, the case may be dismissed for failure to prosecute.

1

2

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 21, 2024
        New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4Hs
Bronx, NY 10470