UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARMAINE COOKE,

                Plaintiff,

    - against -

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

                Defendant.
-------------------------------------------------------------X
CHARMAINE COOKE,

                Plaintiff,

    - against -

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

                Defendant.
-------------------------------------------------------------X

23-CV-7330 (PAE) (RWL)

**ORDER**

24-CV-536 (PAE) (RWL)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff has moved at Dkt. 55 in 23-cv-7330 and Dkt. 42 in 24-cv-536 to strike the proposed case management plan at Dkt. 20 in 23-cv-7330.  She also indicates that she is awaiting decision on several pending motions.  She also has asked for an agenda for the case management conference, which is scheduled for April 22, 2024 at 9:30 a.m. by telephone.

    The Court will not at this time strike Dkt. 20.  However, the parties shall meet and confer to discuss the issues addressed in the case management plan and attempt to arrive at a joint submission.  In the absence of a joint submission, the parties may submit competing proposals, so long as they do so by April 15, 2024.

The Court will address pending motions at the case management conference.

The agenda for the case management conference is to discuss (1) the subjects and proposals set forth in the proposed case management plan; (2) pending motions; and (3) any other issues that are ripe for consideration.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 55.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 25, 2024
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:
Charmaine Cooke
834 Penfield Street, #4Hs
Bronx, NY 10470