UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Charmaine Cooke,

                          Plaintiff,

- against -

Consolidated Edison Company of New York, Inc.

                          Defendant.
-----------------------------------------------------------------X

23-cv-7330 (PAE) (RWL)

24-cv-536 (PAE)(RWL)

**CASE MANAGEMENT CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

ORDER of Hearing: **Case Management Conference re-scheduled for April 30, 2024, at 9:30 a.m.** before Magistrate Judge Robert W. Lehrburger. This conference will be conducted via telephone. The parties shall call the teleconference number at (888)-398-2342, and enter access code 9543348. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices. The Court respectfully requests the Clerk of the Court to mail a copy of this order to the pro se plaintiff: Charmaine Cooke at 834 Penfield St, Apt. # 4H, Bronx, N.Y. 10470.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: 4/21/2024
       New York, New York

Copies transmitted this date to counsel of record.

Charmaine Cooke (PRO SE)

834 Penfield Street

Apt. # 4H

Bronx, N.Y. 10470