UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARMAINE COOKE,

                                             Plaintiff,

-v-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

                                             Defendant.

23 Civ. 7330 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court having been advised that plaintiff wishes to withdraw this action (23 Civ. 7330) without prejudice, and that defendant consents to dismissal, it is ORDERED that the 23 Civ. 7330 action is dismissed without prejudice. Fed. R. Civ. P. 41(a)(2). For avoidance of doubt, this order does not alter the status of the related case (24 Civ. 536).

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 30, 2024
       New York, New York