UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

CHARMAINE COOKE,                              :

                            Plaintiff,     :     23-CV-7330 (PAE) (RWL)

           - against -                     :     **ORDER**

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,                            :

                    Defendant.      :

-------------------------------------------------------------X

CHARMAINE COOKE,                              :

                            Plaintiff,     :     24-CV-536 (PAE) (RWL)

           - against -                     :

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,                            :

                    Defendant.      :

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In her letters dated July 6, 2024 at Dkts. 80 and 81 of 23-cv-7330, Plaintiff requested that she be informed of the deadline to reinstate her 23-cv-7330 action. There is no court established deadline, but the time to reinstate could be affected by the statute of limitations, for which the court cannot provide advice.

The parties are reminded of the upcoming telephone conference set for August 13, 2024 at 2:30 p.m. The parties shall call the teleconference number at (888)-398-2342 and enter access code 9543348.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2024
      New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4Hs
Bronx, NY 10470

2