Case 1:23-cv-07330-PAE-RWL    Document 85    Filed 08/08/24    Page 1 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
Charmaine Cooke
Write the full name of each plaintiff or petitioner.
pro se

-against-

Consolidated Edison
Company of New York, Inc.
Write the full name of each defendant or respondent.

"time is of the essence"

Case No. 24 cv 536 (PAE)(RWL)
related 23 cv 07330

NOTICE OF MOTION to adjourn sine die 8/13/2024 conference ill health new health issue

PLEASE TAKE NOTICE that plaintiff pro se Charmaine Cooke
(plaintiff or defendant)    name of party who is making the motion

requests that the Court: Kindly and humbly adjourn the 8/13/2024 conference. Plaintiff is still not well. New health issues. Plaintiff pro se needs an attorney. See medical letter 8/6/24. Defendant consented on 8/8/24. Please don't dismiss.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law
☒ my own declaration, affirmation, or affidavit
☒ the following additional documents: declaration, medical letter, email consent to adjourn from defendants dated 8/6/24

08/07/2024                              cdmcooke
Dated                                   Signature

Charmaine Cooke                         n/a
Name                                    Prison Identification # (if incarcerated)

834 Penfield Street #4H    BX    NY    10470
Address                    City  State  Zip Code

(914) 837-6259             charms4ou@gmail.com
Telephone Number (if available)    E-mail Address (if available)

attachments

SDNY Rev: 5/24/2016

**New York Psychologist Services, PC**
2100 Bartow Avenue
Bronx, NY 10457
(718) 320-9000



Southern District Court of NY

August 6, 2024

To whom it may concern:

Ms. Charmaine Donna-Marie Cooke has a hearing date on August 13, 2024.

Ms. Charmaine Donna-Marie Cooke is under my care. This letter is to request that this case be temporarily suspended until Ms. Cooke is psychologically cleared to move forward with this legal matter.

Thank you in advance for postponing this matter.

*Debra H. Goldman, Ph.D.*
Debra H. Goldman, Ph.D.
NYS Licensed Psychologist #13223

"I certify, declare and affirm that the contents of this narrative to be true and accurate to the best of my knowledge under the penalty of perjury"

**Debra H. Goldman Ph.D.**
*Clinical Neuropsychologist*

2100 Bartow Avenue Ste 227  Bronx, NY 10475
(718) 320 - 9000
384 East 149th Street Ste 518  Bronx, NY 10455
(718) 402 - 4246
110 West 34th Street  Ste 406  New York, NY 10001
(212) 563 - 3730                    nypsychsvcs@aol.com



24-CV-536 (PAE)(RWL)          1 of 3
23-CV-7330

Charmaine Cooke &lt;charms404@gmail.com&gt;

## Re: &lt;External Sender&gt; Re: REQUEST FOR CONSENT TO ADJOURN AUGUST 13TH 2024 CONFERENCE - 24-CV-536

1 message

**Mendez, Ivan A.** &lt;Mendezl@coned.com&gt;      Tue, Aug 6, 2024 at 3:56 PM
To: Charmaine Cooke &lt;charms404@gmail.com&gt;

You have my consent.

Iván A. Méndez, Jr.

Associate Counsel

Labor, Employment, Benefits & Workers Comp

Consolidated Edison Company of New York, Inc.

4 Irving Place
New York, NY 10003

T: 212-460-4835

C: 929-618-2082

This communication is from the Law Department of Consolidated Edison Company of New York, Inc. and may contain confidential and privileged information. If you are not the intended recipient, please contact the sender by reply e-mail and delete this communication.

## INTERNAL

**From:** Charmaine Cooke &lt;charms404@gmail.com&gt;
**Sent:** Tuesday, August 6, 2024 2:44:23 PM
**To:** Mendez, Ivan A. &lt;Mendezl@coned.com&gt;
**Cc:** Charmaine Cooke &lt;charms404@gmail.com&gt;
**Subject:** &lt;External Sender&gt; Re: REQUEST FOR CONSENT TO ADJOURN AUGUST 13TH 2024 CONFERENCE - 24-CV-536

---

**CAUTION! EXTERNAL SENDER**

STOP WHEN UNSURE. Never click on links or open attachments if sender is unknown, and never provide user ID or password. Suspicious? Use the Phish Reporter (for mobile phones, forward message to Email Check)

---

Mr. Mendez. I have a medical note as well that shall be submitted to the court. thank you for your consideration and quick response.
Sincerely. Charmaine Cooke pro se plaintiff

On Tue, Aug 6, 2024 at 2:41 PM Charmaine Cooke &lt;charms404@gmail.com&gt; wrote:
> Good Afternoon Ivan Mendez, Jr.:
>
> I am writing to humbly request your consent for an adjournment if the August 13th, 2024 conference. See attached letter.

8/7/24, 10:31 AM                  Gmail - Re: External Sender: Re: REQUEST FOR CONSENT TO ADJOURN AUGUST 13TH JUDGE CONFERENCE - 24-CV-536

Case 1:23-cv-07330-PAE-RWL   Document 85   Filed 08/08/24   Page 4 of 5

Kindly respond asap so that i can submit to the court in a timely fashion. Sorry for all inconveniences.

Thank you.

Sincerely,
/s/
Charmaine Cooke
attachment

2/3

As the instant application is on consent, the Court will grant the request for an adjournment. The Court will not, however, continue to grant adjournments indefinitely, and has previously warned Plaintiff about the obligation to prosecute her case and that failure to do so can result in dismissal of the case. The court will adjourn the case management conference, which will be held telephonically, for approximately 60 days. A separate order will issue with the specific date and time and information for calling into the Court.

SO ORDERED:

8/8/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

8/7/24, 10:31 AM — Gmail - Re: &lt;External Sender&gt; Re: REQUEST FOR CONSENT TO ADJOURN AUGUST 13TH 2024 CONFERENCE - 24-CV-536

Case 1:23-cv-07330-RAE-RWL    Document 85    Filed 08/08/24    Page 5 of 5



24-cv-536

Charmaine Cooke &lt;charms404@gmail.com&gt;

3/3

## Re: &lt;External Sender&gt; Re: REQUEST FOR CONSENT TO ADJOURN AUGUST 13TH 2024 CONFERENCE - 24-CV-536
1 message

**Charmaine Cooke** &lt;charms404@gmail.com&gt;      Wed, Aug 7, 2024 at 10:31 AM
To: "Mendez, Ivan A." &lt;Mendezl@coned.com&gt;
Cc: Charmaine Cooke &lt;charms404@gmail.com&gt;

Thank you, for consenting to an adjournment of the August 13th 2024 conference sine die, Ivan Mendez Jr. I will submit a request to the court.

Sincerely,
/s/
Charmaine Cooke

On Tue, Aug 6, 2024 at 3:56 PM Mendez, Ivan A. &lt;Mendezl@coned.com&gt; wrote:
> You have my consent.

> Iván A. Méndez, Jr.
>
> Associate Counsel
>
> Labor, Employment, Benefits & Workers Comp
>
> Consolidated Edison Company of New York, Inc.
>
> 4 Irving Place
>
> New York, NY 10003
>
> T: 212-460-4835
>
> C: 929-618-2082

> This communication is from the Law Department of Consolidated Edison Company of New York, Inc. and may contain confidential and privileged information. If you are not the intended recipient, please contact the sender by reply e-mail and delete this communication.

### INTERNAL

> **From:** Charmaine Cooke &lt;charms404@gmail.com&gt;
> **Sent:** Tuesday, August 6, 2024 2:44:23 PM
> **To:** Mendez, Ivan A. &lt;Mendezl@coned.com&gt;
> **Cc:** Charmaine Cooke &lt;charms404@gmail.com&gt;
> **Subject:** &lt;External Sender&gt; Re: REQUEST FOR CONSENT TO ADJOURN AUGUST 13TH 2024 CONFERENCE - 24-CV-536

> **CAUTION! EXTERNAL SENDER**
>
> **STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. Suspicious? Use the Phish Reporter (for mobile phones, forward message to Email Check)